KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
JAMES J. ACHERMANN (SBN 262514)
james.achermann@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, Ca. 94111
Tel:  415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN BROUGHTON, MIKELE ANTUNEZ, COLTON WRISTEN, individually and on behalf of all others similarly situated, ,<br><br>         Plaintiff,<br><br>    vs.<br><br>PREWITT FAMILY WATER PARK, THE CITY OF ANTIOCH and DOES 1-50,<br><br>         Defendant | Case No.: C 13-00531 SBA<br><br>STIPULATION FOR DISMISSAL [F.R.C.P. 41] AND ORDER OF DISMISSAL<br><br>JUDGE: Hon. Saundra B. Armstrong |

   Plaintiffs Christian Broughton, Mikele Antunez and Colton Wristen and Defendant Prewitt Family Water Park, The City of Antioch hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and named parties, with each party bearing that party's own attorney's fees and costs.

///

///

///

Dated: May    , 2013                    /S/ Kathleen Maylin
                                         Kathleen Maylin
                                         Jackson Lewis LLP
                                         Attorney for Defendants
                                         PREWITT FAMILY WATER PARK,
                                         THE CITY OF ANTIOCH


Dated: May    , 2013                    /S/ Kenneth C. Absalom
                                         Kenneth C. Absalom
                                         James J. Achermann
                                         Law Office of Kenneth C. Absalom
                                         Attorneys for Plaintiffs
                                         CHRISTIAN BROUGHTON,
                                         MIKELE ANTUNEZ, COLTON
                                         WRISTEN


### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and named parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: 5/15/13

                                         _____
                                         Hon. Saundra B. Armstrong
                                         United States District Judge

STIPULATION FOR DISMISSAL                 2                    C 13-00531 SBA
[F.R.C.P. 41] AND ORDER OF DISMISSAL