KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
JAMES J. ACHERMANN (SBN 262514)
james.achermann@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, Ca. 94111
Tel: 415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN BROUGHTON, MIKELE ANTUNEZ, COLTON WRISTEN, individually and on behalf of all others similarly situated, ,<br><br>        Plaintiff,<br><br>  vs.<br><br>PREWITT FAMILY WATER PARK, THE CITY OF ANTIOCH and DOES 1-50,<br><br>        Defendant | Case No.: C 13-00531 SBA<br><br>STIPULATION FOR DISMISSAL [F.R.C.P. 41] AND ORDER OF DISMISSAL<br><br>JUDGE: Hon. Saundra B. Armstrong |

    Plaintiffs Christian Broughton, Mikele Antunez and Colton Wristen and Defendant Prewitt Family Water Park, The City of Antioch hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and named parties, with each party bearing that party's own attorney's fees and costs.

///

///

///

Dated: May   , 2013            /S/ Kathleen Maylin  
                                           Kathleen Maylin  
                                           Jackson Lewis LLP  
                                           Attorney for Defendants  
                                           PREWITT FAMILY WATER PARK,  
                                           THE CITY OF ANTIOCH

Dated: May   , 2013            /S/ Kenneth C. Absalom  
                                           Kenneth C. Absalom  
                                           James J. Achermann  
                                           Law Office of Kenneth C. Absalom  
                                           Attorneys for Plaintiffs  
                                           CHRISTIAN BROUGHTON,  
                                           MIKELE ANTUNEZ, COLTON  
                                           WRISTEN

**ORDER OF DISMISSAL**

      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and named parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: 5/15/13

                                                         *Saundra B. Armstrong*  
                                                         Hon. Saundra B. Armstrong  
                                                         United States District Judge